## Commonwealth *v.* Harrison, Appellant.

Argued December 5, 1972. *Nolan N. Atkinson, Jr.,* with him *Zack, Myers and Atkinson,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.